DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KEVIN TYRELL BEACH,**
Appellant,

v.

**AVENTURA SENIOR ADVISORY SERVICE INC.,**
Appellee.

No. 4D22-1401

[December 29, 2022]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Daniel J. Kanner, Judge; L.T. Case No. COCE-22-007713.

Kevin Tyrell Beach, North Lauderdale, pro se.

Ryan E. Sprechman of Sprechman & Fisher, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***